FOR PUBLICATION

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD K. HOOKS, Regional Director of the Nineteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>*Petitioner-Appellee,*<br><br>v.<br><br>NEXSTAR BROADCASTING, INC., DBA KOIN-TV,<br><br>*Respondent-Appellant.* | No. 21-35252<br><br>D.C. No. 3:21-cv-00177-MO<br><br>ORDER |

Filed June 29, 2023

Before: William A. Fletcher, Sandra S. Ikuta, and Daniel A. Bress, Circuit Judges.

## ORDER

The petition for rehearing en banc, filed January, 19, 2023, is **DENIED**. (Dkt. 57). The majority of the panel has voted to deny appellee's petition for rehearing. The full court has been advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35(a). Judge Forrest did not participate in the deliberations or vote in this case. No further petitions for rehearing or rehearing en banc will be entertained.